COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SERGIO MARTIN CARDENAS, | § | No. 08-10-00069-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd Judicial District Court |
| | § | |
| DORA LUZ CARDENAS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2008CM210) |
| | § | |

**MEMORANDUM  OPINION**

Pending before the Court is Appellant's voluntary motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellant represents that he no longer wishes to pursue this appeal, and requests that this Court dismiss the appeal. Having considered the motion, we are of the opinion that it should be GRANTED, and the appeal is hereby dismissed.

Also pending before the Court is Appellee's motion to dismiss the appeal for lack of jurisdiction. Given the disposition of Appellant's motion above, Appellee's motion is DENIED as moot.


August 18, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.